No. 43937.—Protest 12935-K of Wm. Shaland (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the trick daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.

No. 43938.—Protests 26203-K, etc., of Nadel & Shimmel et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the balloons in question were held dutiable as manufactures of bamboo at 45 percent under paragraph 409 as claimed.

No. 43939.—Protests 816319-G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the squawker balloons were held dutiable at 45 percent under paragraph 409, Abstract 40493 followed. Play balls in chief value of paper similar to those the subject of Abstract 40492 were held dutiable at 35 percent under paragraph 1413.

No. 43940.—Protest 620-K of Dan Brechner & Co. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of sirens in chief value of metal similar to those the subject of Abstract 40480. The claim at 45 percent under paragraph 397 was therefore sustained.

Before the Second Division, June 12, 1940

No. 43941.—Protests 10254-G, etc., of Stern Bros. (New York).

Opinion by Tilson, J. From the record it was found that certain items consist of embroidered trimmings, filet lace articles similar to those involved in United States v. Jabara (22 C. C. P. A. 77, T. D 47065), Normandy laces similar to those in United States v. Amrein (26 id. 353, C. A. D. 40), covers, runners, cushions, wearing apparel, sachets, veils, and other articles, embroidered, like those involved in Abstract 11620, and Venice laces similar to those the subject of Littwitz v. United States (3 Cust. Ct. 123, C. D. 217). As to these items the claim at 75 percent under paragraph 1430 was sustained.

No. 43942.—Protests 886258-G, etc., of Beacon Wiper Supply Co. et al. (Boston, etc.).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.